In the Matter of RONALD A. NIMKOFF, Petitioner, v LAURA E. DRAGER et al., Respondents. [932 NYS2d 20]—

Concur—Gonzalez, P.J., Andrias, Saxe and Sweeny, JJ.